**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JON MINOTTI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 07-2006 (JR) |
| : | |
| HARLEY G. LAPPIN, Director, : | |
| Federal Bureau of Prisons, *et* : | |
| *al.*, : | |
| : | |
| Defendants. : | |

### MEMORANDUM

Plaintiff Jon Minotti is a Federal prisoner incarcerated in Cumberland, Maryland.  Minotti argues that 28 C.F.R. § 550.58(a)(1)(vi)(B) violates Section 706(2)(A) of the Administrative Procedure Act, see Arrington v. Daniels, 516 F.3d 1106 (9th Cir. 2008), and seeks declaratory relief reversing defendants' denial of his request for a sentence reduction pursuant to 18 U.S.C. § 3621(e).

"[A] writ of habeas corpus is the exclusive remedy" for a federal prisoner's claim that the Bureau of Prisons has unlawfully declared him ineligible for a sentence reduction under § 3621.  Bourke v. Hawk-Sawyer, 269 F.3d 1072, 1073 (D.C. Cir. 2001).  Because the proper respondent to a habeas petition is the warden at the facility where the petitioner is incarcerated, Chatman-Bey v. Thornburgh, 864 F.2d 804, 810 (D.C. Cir. 1988) (en banc), and because such a petition must be filed in the district court that has jurisdiction over the warden, Stokes v. United

<u>States Parole Comm'n</u>, 374 F.3d 1235, 1238 (D.C. Cir. 2004), this case will be transferred to the District of Maryland.

\*   \*   \*   \*   \*

An appropriate order accompanies this memorandum.

JAMES ROBERTSON
United States District Judge